# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 22, 2008

Clifford W. Taylor,
Chief Justice

135160

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

BARBARA F. TAYLOR, WESTLAND
SERVICE TOWING, INC., and WESTLAND
RV STORAGE,
              Plaintiffs-Appellants,

v

              SC: 135160
              COA: 269454
              Wayne CC: 05-514565-CZ

CITY OF WESTLAND, WESTLAND FIRE
DEPARTMENT, WESTLAND CITY
PLANNING COMMISSION, WESTLAND
ZONING & ORDINANCE COMMITTEE, and
WESTLAND ANIMAL CONTROL,
              Defendants-Appellees.

_____/

       On order of the Court, the application for leave to appeal the September 20, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 22, 2008

_____
Clerk

p0114